# MEMORANDUM

*FILED*
*JAN 12 2018*
*PATRICK KEANEY*
*Clerk, U.S. District Court*
By_____
Deputy Clerk

**Plaintiff;Anthony C Kenney**
**1140 s 101 e ave apt3 Tulsa**
**Ok 74128   9186441056**
**V**
**Defendaints;U.S BANK of**
**New York & Kathy Green**
**6072583953 5853852370**
**72 s main st Canandaigua**
**New York 14424**

CIV 18 - 0 17 - RAW

Plaintiff is fileing for return of 1,450 dollars that was foruge unlawfully from the u.s bank due to this Mr Mark Wilson on 02-12-16 called me stating I was eligible for a low income government grant of 3,986 that I only had to pay 250 dollars application fee to a Melisa Williams 7272135843 grant department.That he also stated a tax fee of 8oo dollars and a 400 dollar fee for ira fee,!That I would receive this money from the US BANK from a Kathy Green,Who did not deposit the 3,986 grant money that I gave her my account number to my Bank Oklahoma Central credit uion.I then finds that this Mr Mark Wilson was asking for another 1200 dollars that Mrs Kathy Green

*would send a paper check that I thought was only a scam.I then ask for their addresses that they would not give me.that I looked up Kathey Greens name in the computer internet also finding she was with a bank cauld Ccn bank of trust cauld also Canandaigua national bank & trust 8773824357 and this Mark Wilson number was 7863830416.Plaintiff only ask for return of my 1450 dollars that these peoples are scaming and unlawfull.*